UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 21-TP-20038 MOORE

UNITED STATES OF AMERICA,

vs.

ANGEL RODRIGUEZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant, Angel Rodriguez (ECF No. 10).

    Defendant Rodriguez, through counsel, has filed his Notice of Admission, wherein he admits to violations Nos. 2 and 5 as alleged in the Petition (ECF No. 2). The Notice further represents that the Government intends to move for dismissal of the remaining three violations (Nos. 1, 3 and 4) at the final revocation hearing and sentencing.

    According, and upon Defendant Rodriguez's admission to violations Nos. 2 and 5, it is the recommendation of the undersigned the undersigned that the Court accept Defendant's admission of guilt and find him guilty of Violation Nos. 2 and 5 as charged. It is the further recommendation of the undersigned, on the representation that the Parties agree that an evidentiary hearing is not warranted and the government will not seek to prove the remaining alleged violations, that the Court DISMISS the Violation charged as Nos. 1, 3 and 4 of the Petition.

    The parties will have fourteen calendar days from the date of service of this Report and

Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 10th day of October, 2023.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc: The Honorable K. Michael Moore
Counsel of record
U.S. Probation Officer Harold Iglesias