**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20038-TP-MOORE/D'ANGELO**

**UNITED STATES OF AMERICA,**

vs.

**ANGEL RODRIGUEZ,**

    **Defendant.**
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS**

    **THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Angel Rodriguez ("Defendant") (DE 24).

    A Petition for Warrant or Summons for Offender Under Supervision ("Petition"), detailing seven alleged violations of Defendant's Supervised Release, was submitted to the Court on March 28, 2024, and an arrest warrant subsequently issued (DE 18, 19). Defendant made his initial appearance on January 17, 2025 (DE 22). On January 22, 2025, a Superseding Petition for Offender Under Supervision ("Superseding Petition") was submitted to the Court, alleging two new violations in addition to the seven violations contained in the original Petition (DE 25). The Court held a status conference on February 19, 2025, at which Defendant stated that he intended to admit to four violations in the Superseding Petition, and the Government stated that it did not intend to proceed on the remaining violation (DE 32).

    That same day, Defendant filed a Notice of Admission (DE 33). In the Notice, Defendant stated that he admits to violations one, four, five, and seven in the Superseding Petition (*id.*). He further stated that he waives his right to an evidentiary hearing (*id.*). The Government filed a Notice of Intent to Dismiss Certain Violations in Superseding Petition on February 22, 2025,

stating that the Government will not proceed on violations two, three, six, eight, and nine in the Superseding Petition and will move to dismiss those violations at the time of sentencing (DE 34).

Based on the foregoing, the undersigned respectfully recommends that the Court set the matter for a final revocation hearing and sentencing and accept Defendant's admission of guilt to violations one, four, five, and seven in the Superseding Petition.

The Parties will have **fourteen (14) days** from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Report and Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and  legal conclusions."  11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers in Miami, Florida on this 24th day of February, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record